344 A.2d 467

COMMONWEALTH of Pennsylvania

v.

Ronald Franklin TRIPLETT, Appellant.

Supreme Court of Pennsylvania.

Argued June 23, 1975.

Decided Oct. 3, 1975.

John Paul Curran, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.